# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re:<br><br>NANCY P VERHEYEN<br><br>Debtor. | Case No. 19-09849<br><br>Chapter 13 |

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

**TO THE HONORABLE JUDGE OF SAID COURT:**

Notice is hereby given that JPMorgan Chase Bank, N.A. s/b/m/t Chase Bank USA, N.A., withdraws its Proof of Claim, Claim No. 1 in the amount of $494.26 filed on May 3, 2019.

Dated: August 20, 2019

                                      Respectfully submitted,

                                      /s/ Hollis Hamilton
                                      Hollis Hamilton
                                      Robertson, Anschutz & Schneid, P.L.
                                      6409 Congress Avenue, Suite 100
                                      Boca Raton, FL 33487
                                      Phone: 561-241-6901
                                      561-997-6909
                                      hhamilton@rasflaw.com
                                      Authorized agent for JPMorgan Chase Bank, N.A.
                                      s/b/m/t Chase Bank USA, N.A.

Document Page 2 of 2

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| In re: | Case No. 19-09849 |
| NANCY P VERHEYEN | Chapter 13 |
| Debtor. | |

**CERTIFICATE OF SERVICE OF NOTICE OF WITHDRAWAL OF PROOF OF CLAIM**

     I certify under penalty of perjury that I caused, the above captioned pleading to be served on the parties at the addresses specified below on August 20, 2019.

The types of service made on the parties was:

**Service by First-Class Mail**

Nancy P Verheyen
425 N Knight Ave
Park Ridge, IL 60068

**Service by NEF**

David H Cutler – Counsel for Debtor
cutlerfilings@gmail.com

Patrick S Layng - Office of the US Trustee
USTPRegion11.ES.ECF@usdoj.gov

Tom Vaughn - Chapter 13 Trustee
ecf@tvch13.net

EXECUTED ON: <u>August 20, 2019</u>

                                                   By:
                                                        /s/ Hollis Hamilton
                                                        Hollis Hamilton
                                                        Robertson, Anschutz & Schneid, P.L.
                                                       6409 Congress Avenue, Suite 100
                                                       Boca Raton, FL 33487
                                                       Phone: 561-241-6901
                                                       561-997-6909
                                                       hhamilton@rasflaw.com
                                                       Authorized agent for JPMorgan Chase Bank, N.A.
                                                       s/b/m/t Chase Bank USA, N.A.