IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No.: 19-09849 |
|    Nancy P Verheyen | ) | |
| | ) | Chapter 13 |
| | ) | |
|    Debtor(s). | ) | Judge Donald R Cassling |

DEBTORS MOTION TO VOLUNTARILY DISMISS CASE

NOW COMES, the office of Cutler and Associates LTD., on behalf of the Debtor, Nancy P Verheyen, our office, Cutler and Associates LTD., respectfully requests that this Court dismiss this Chapter 13 case, and in support thereof would show the Court as follows:

1. The Debtor filed a voluntary petition for relief under Chapter 13 on April 4, 2019

2. This Honorable Court confirmed the Debtor's Chapter 13 Plan as of June 6, 2019

3. The Debtor has passed away.

WHEREFORE, the law office of Cutler and associates LTD., pray that the Court enter an Order Dismissing the Case and for such other and further relief as this Court deems just and proper.

RESPECTFULLY SUBMITTED,

/s/ David H. Cutler
David H. Cutler, ESQ
Counsel for the Debtor(s)
Cutler and Associates, Ltd.
4131 Main St.
Skokie, IL 60076
(847) 673-8600