UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Nancy P Verheyen;<br><br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:  19-09849<br><br>Chapter:  13<br>Honorable Donald R. Cassling |

**ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY AND
RELIEF FROM THE CO-DEBTOR STAY**

On the motion of Specialized Loan Servicing, LLC, a secured creditor herein, the Court having jurisdiction over the subject matter and due notice having been given;

IT IS HEREBY ORDERED that the automatic stay in this case is modified as to the interest of Specialized Loan Servicing, LLC, its successors, and/or assigns in the property commonly known as 425 N Knight, Park Ridge, Illinois 60068.

IT IS FURTHER ORDERED THAT Rule 4001(a)(3) is not applicable and the effect of this order is not stayed.

No further payments are to be disbursed to said creditor on its Proof of Claim.

IT IS FURTHER ORDERED THAT the stay provisions of Section 1301 of the Bankruptcy Code are terminated to allow Specialized Loan Servicing, LLC to pursue Michael A. Verheyen for collection of the debt owed it by Nancy P Verheyen and Michael A. Verheyen.

No objection to the motion having been lodged within the time required by Amended General Order No. 20-03, any potential objections have been waived, and the motion is therefore granted.

Enter: *Donald R. Cassling*

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated:  September 17, 2020

**Prepared by:**

Diaz Anselmo Lindberg, LLC
1771 West Diehl Road, Suite 120
Naperville, IL 60563
(630) 453-6960 | (866) 402-8661 | (630) 428-4620 (fax)
ILBankruptcy@dallegal.com
Firm File Number: B19050065
This law firm is deemed to be a debt collector.