UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )  BK No.: 19-09849
Nancy P Verheyen )
 )  Chapter: 13
 )  Honorable Donald R. Cassling
 )
 )
Debtor(s) )

## ORDER GRANTING DEBTOR'S MOTION TO DISMISS

Upon Debtor's Motion, no responsive pleading having been filed or objection within the time required,

IT IS HEREBY ORDERED:

The Debtor's Motion through counsel to Voluntarily Dismiss Case is granted.

Enter:

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated: October 01, 2020

**Prepared by:**

David H. Cutler, ESQ
Counsel for the Debtor(s)
Cutler and Associates, Ltd.
4131 Main St.
Skokie, IL 60076
847-673-8600