# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF ILLINOIS

# EASTERN DIVISION

_____

| | |
|---|---|
| Nancy P Verheyen | 19-09849 |
| | CHAPTER 13 |
| Debtor | JUDGE Donald R Cassling |

## NOTICE OF MOTION

_____

TO: See attached service list

PLEASE TAKE NOTICE that on October 1, 2020 at 9:30 am, I will appear before the Honorable Donald R Cassling or any judge sitting in that judge's place, and present the motion to voluntarily dismiss case a copy of which is hereby attached.

This motion will be presented and heard telephonically. No personal appearance in court is necessary or permitted. To appear and be heard telephonically on the motion, you must set up and use an account with Court Solutions, LLC. You can set up an account at www.CourtSolutions.com or by calling Court Solutions at (917) 746-7476.

If you object to this motion and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

By: David H Cutler

Attorney for Debtor

4131 Main St. Skokie, IL 60076

cutlerfilings@gmail.com

CERTIFICATE OF SERVICE I,  David H Cutler, certify/declare under penalty of perjury under the laws of the United States of America that I served a copy of this notice and the attached motion/application on each entity shown on the attached list at the address shown and by the method indicated on the list on September 17, at 5:30 p.m.