| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 19-09849<br>Northern District of Illinois<br>Eastern Division<br>Thu Sep 17 16:44:12 CDT 2020 | JPMorgan Chase Bank N.A. s/b/m/t Chase Ban<br>c/o Robertson, Anschutz & Schneid, P.L.<br>6409 Congress Avenue, Suite 100<br>Boca Raton, FL 33487-2853 | JPMorgan Chase Bank, National Association<br>c/o Codilis & Associates, P.C.<br>15W030 N. Frontage Rd., Suite 100<br>Burr Ridge, IL 60527-6921 |
| PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Specialized Loan Servicing LLC<br>14841 DALLAS PKWY SUITE 425<br>Dallas, TX 75254-8067 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 |
| Bank Of America<br>4909 Savarese Circle<br>Fl1-908-01-50<br>Tampa, FL 33634-2413 | Bank of America, N.A.<br>P O Box 982284<br>El Paso, TX 79998-2284 | Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 |
| Capital One Bank (USA), N.A.<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 | Capital One, N.A.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | (p)JPMORGAN CHASE BANK  N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 |
| Chase Bank USA, N.A.<br>c/o Robertson, Anschutz & Schneid, P.L.<br>6409 Congress Avenue, Suite 100<br>Boca Raton, FL 33487-2853 | Comenity Bank/Ann Taylor Loft<br>Attn: Bankruptcy<br>Po Box 182125<br>Columbus, OH 43218-2125 | Comenity Bank/Overstock<br>Attn: Bankruptcy<br>Po Box 182125<br>Columbus, OH 43218-2125 |
| Comenity Bank/Pier 1<br>Attn: Bankruptcy<br>Po Box 182125<br>Columbus, OH 43218-2125 | Convergent<br>800 SW 39th St<br>Renton, WA 98057-4927 | Department Stores National Bank<br>c/o Quantum3 Group LLC<br>PO Box 657<br>Kirkland, WA 98083-0657 |
| Global Credit Collection<br>Po Box 101928<br>Birmingham, AL 35210-6928 | Kohls/Capital One<br>Po Box 3115<br>Milwaukee, WI 53201-3115 | Med Business Bureau<br>1460 Renaissance Dr #400<br>Park Ridge, IL 60068-1349 |
| Michael Verheyen<br>9602 W Higgins Rd. Apt 3C<br>Des Plaines, IL 60018-4841 | Midland Funding<br>2365 Northside Dr Ste 300<br>San Diego, CA 92108-2709 | Midland Funding, LLC<br>Midland Credit Management, Inc. as<br>agent for Midland Funding, LLC<br>PO Box 2011<br>Warren, MI 48090-2011 |
| Nordstrom FSB<br>Attn: Bankruptcy<br>Po Box 6555<br>Englewood, CO 80155-6555 | Portfolio Recovery<br>Po Box 41021<br>Norfolk, VA 23541-1021 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA  98083-0788 | Quantum3 Group LLC as agent for<br>Comenity Capital Bank<br>PO Box 788<br>Kirkland, WA  98083-0788 | SYNCHRONY BANK<br>c/o Weinstein & Riley, PS<br>2001 Western Ave., Ste 400<br>Seattle, WA 98121-3132 |

| | | |
|---|---|---|
| Specialized Loan Servicing LLC<br>8742 Lucent Blvd, Suite 300<br>Highlands Ranch, Colorado 80129-2386 | Specialized Loan Servicing/SLS<br>Attn:  Bankruptcy Dept<br>8742 Lucent Blvd #300<br>Highlands Ranch, CO 80129-2386 | State Collection Services<br>PO Box 6250<br>Madison, WI 53716-0250 |
| Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Synchrony Bank/ Old Navy<br>Attn:  Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/Gap<br>Attn:  Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 |
| Visa Dept Store National Bank<br>Attn: Bankruptcy<br>Po Box 8053<br>Mason, OH 45040-8053 | Yearwood and Associates, Ltd<br>636 S River Rd #104<br>Des Plaines, IL 60016-4624 | David H Cutler<br>Cutler & Associates, Ltd.<br>4131 Main St.<br>Skokie, IL 60076-2780 |
| Nancy P Verheyen<br>425 N Knight Ave<br>Park Ridge, IL 60068-3113 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 | Tom Vaughn<br>55 E. Monroe Street, Suite 3850<br>Chicago, IL 60603-5764 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Chase<br>Po Box 182613<br>Columbus, OH 43218 | (d)Chase Card Services<br>Attn: Bankruptcy<br>Po Box 15298<br>Wilmington, DE 19850 | (d)JPMorgan Chase Bank, National Association<br>Chase Records Center Attn: Corr Mail<br>Mail Code LA4-5555<br>700 Kansas Lane<br>Monroe, LA 71203 |
| Portfolio Recovery<br>Po Box 41067<br>Norfolk, VA 23541 | (d)Portfolio Recovery Associates, LLC<br>c/o Gap<br>POB 41067<br>Norfolk VA 23541 | (d)Portfolio Recovery Associates, LLC<br>c/o Loft<br>POB 41067<br>Norfolk VA 23541 |
| (d)Portfolio Recovery Associates, LLC<br>c/o Old Navy<br>POB 41067<br>Norfolk VA 23541 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)JPMORGAN CHASE BANK, N.A. | (d)Specialized Loan Servicing LLC<br>14841 Dallas Pkwy Suite 425<br>Dallas, TX 75254-8067 | (u)Specialized Loan Servicing, LLC |

**End of Label Matrix**
Mailable recipients    41
Bypassed recipients     3
Total                  44