IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No.: 19-09849 |
| | ) | |
| Nancy P Verheyen | ) | |
| | ) | Chapter 13 |
| | ) | |
| | ) | |
| Debtor(s). | ) | Judge Donald R. Cassling |

TO: Attached Service List

**PROOF OF SERVICE**

The undersigned, attorney, certifies that he caused a copy of notice of the motion to voluntarily dismiss to be transmitted to all parties listed in the attached service list either via electronic court notice or regular U.S. Mail with postage prepaid from the mailbox located at 4131 Main St. Skokie, IL 60076, on September 17, at 5:30 p.m.

/s/ David H. Cutler
Attorney for the Debtor
Cutler & Associates, Ltd.
4131 Main St.
Skokie, IL 60076
Phone: (847) 673-8600